**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA HICKS, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MOUNTAIN AVENUE HOLDINGS, LLC, a California Limited Liability Company; ASIAN ROSE MASSAGE; LUCKY DIAMONDS & CASH FOR GOLD; and DOES 1-10,<br>　　　　　Defendants. | Case No.: 5:22-cv-00136-AB-JPRx<br><br>*Hon. Stephen V. Wilson*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:　January 26, 2022<br>Trial Date:　　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Teresa Hicks' action against Defendants Mountain Avenue Holdings LLC, Asian Rose Massage, and Lucky Diamonds & Cash for Gold is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 17, 2022

Hon. Stephen V. Wilson
United States District Judge